UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:                                                       :    Chapter 11
                                                             :    Case No. 12-11560 (ALG)
B&M LINEN CORP.,                                             :
                                                             :
           Debtor.                                    :
                                                             :
------------------------------------------------------------ X

# NOTICE OF FILING OF EXHIBIT 2 TO
# THIRD AMENDED DISCLOSURE STATEMENT
# WITH RESPECT TO THIRD AMENDED JOINT PLAN OF REORGANIZATION

    **PLEASE TAKE NOTICE**, that attached hereto is Exhibit 2 to the Third Amended

Disclosure Statement of B&M Linen Corp, Miron Markus, Boris Markus and 220 Coster, LLC.


Dated:  October 1, 2013
       New York, New York

|  |  |
|---|---|
|  | /s/ Joel M. Shafferman |
|  | Joel M. Shafferman, Esq. |
|  | Shafferman & Feldman LLP |
|  | 18 East 41st Street, Suite 1201 |
|  | New York, New York 10017 |
|  | Telephone: (212) 509-1802 |
|  |  |
|  | *Attorneys for B&M Linen Corp., Debtor* |
|  |  |
|  | /s/ Timothy W. Walsh |
|  | Timothy W. Walsh, Esq. |
|  | McDERMOTT WILL & EMERY LLP |
|  | 340 Madison Avenue |
|  | New York, New York 10173 |
|  | (212) 547-5400 |
|  |  |
|  | *Attorneys for 220 Coster, LLC, Miron Markus and Boris Markus* |

| In re B&M Linen Corp. (12-11560) - Distribution Analysis of Commercial Laundry Policy ||
|---|---|
| **Commerical Laundry Policy** | **Policy Limit: $7,997,007** |
| **Commercial Laundry Policy Proceeds Received to Date : $7,277,007.00*** | |
| | Amount Allocated to BMS CAT for Temporary Fencing<br>**Less: $12,053.56** |
| | Administrative Claim of Con Edison<br>**Less: $173,355.00** |
| | Class 1 Secured Claims<br>**Less: $276,734.26** |
| | Class 2 Priority Claims<br>**Less: $171,627.75** |
| | Class 3 General Unsecured Claims - This Amount Does Not Include the Claims of 220 Laundry, the Fully Satisfied Claim of Wells Fargo ($1,555,202.66), or the Partially Satisfied Claim of the SBA ($296,843.85)<br>**Less: $3,422,064.37** |
| | Administrative Claims  (This Amount Does Not Include the Fully Satisfied Con Edison Administrative Claim)<br>**Less: $250,000.00** |
| | Administrative Claim of National Fire Adjustment Co.<br>**Less: $441,151.17** |
| | **Balance of Commercial Laundry Proceeds: $2,530,020.89** |

*Proceeds received to date. Additional proceeds may be received.

### B&M Linen Corp. (12-11560) - Outstanding Claims*

| Claim Number | Creditor | Date Filed | Amount Claimed/Scheduled | Secured | Priority | General Unsecured | Administrative | |
|---|---|---|---|---|---|---|---|---|
| 2 | NYS Department of Tax & Finance | 10/12/2012 | $29,773.27 | | $15,028.90 | $14,744.37 | | |
| 3 | Chemaqua | 5/15/2012 | $1,671.08 | | | $1,671.08 | | |
| 4 | Laundry Distribution and Food Service | 5/23/2012 | $404,499.75 | | | $404,499.75 | | |
| 5 | Internal Revenue Service | 10/22/2012 | $6,412.72 | | $1,766.11 | $4,646.61 | | |
| 6 | Laundry Dry Cleaning Workers | 7/10/2012 | $421,747.00 | | | $456,747.00 | | |
| 7 | Kannegiesser USA Corp. | 8/14/2012 | $115,533.32 | | | $115,533.32 | | |
| 11 | National Labor Relations Board | 8/31/2012 | $346,658.65 | | $125,401.16 | $159,300.68 | $61,956.81 | |
| 12 | Internal Revenue Service | 10/22/2012 | $22,989.74 | | $22,989.74 | | | |
| 13 | Rivkin Radler LLP | 10/25/2012 | $58,503.20 | | | $58,503.20 | | |
| 14 | 220 Laundry | 10/25/2012 | $31,830,260.00 | | | | | |
| 15 | Pariser Industries | 12/6/2012 | $66,112.76 | | | $66,112.76 | | |
| 16 | Wells Fargo Bank** | 12/20/2012 | $1,525,970.12 | | | | | |
| 17 | US Small Business Administration (Bronx Initiative Corp.)*** | 12/19/2012 | $1,136,062.32 | | | $913,140.15 | | |
| 18 | Veckridge Chemical Corp. | 12/19/2012 | $480.00 | | | $480.00 | | |
| 21 | Expert Boiler Repair & Welding | 12/26/2012 | $14,933.22 | | | $14,933.22 | | |
| 22 | Punch N Vac | 12/26/2012 | $7,770.30 | | | $7,770.30 | | |
| 23 | All Points Capital | 12/27/2012 | $113,690.26 | $113,690.26 | | | | |
| 24 | All Points Capital | 12/27/2012 | $163,044.00 | $163,044.00 | | | | |
| 25 | Expert Boiler Repair & Welding | 12/27/2012 | $39,216.77 | | | $17,500.00 | | |
| 26 | US DOL Wage & Hour Division | 1/28/2013 | $30,769.19 | | $6,441.84 | $24,327.35 | | |
| 27 | Daniel F. Brent | 3/18/2013 | $8,000.00 | | | $8,000.00 | | |
| 28 | NYS Department of Tax & Finance | 7/17/2013 | $10,000.00 | | | | $10,000.00 | |
| N/A (scheduled) | Consolidated Edison**** | N/A (scheduled) | $1,500,000.00 | | | $1,033,342.00 | | |
| N/A (scheduled) | A A Line Wire Corp. | N/A (scheduled) | $3,450.00 | | | $3,450.00 | | |
| N/A (scheduled) | ABC Electric | N/A (scheduled) | $2,811.68 | | | $2,811.68 | | |
| N/A (scheduled) | Acedot Electric Corp. | N/A (scheduled) | $2,742.00 | | | $2,742.00 | | |
| N/A (scheduled) | AFLAC New York | N/A (scheduled) | $117.32 | | | $117.32 | | |
| N/A (scheduled) | Aleta Industries, Inc. | N/A (scheduled) | $19,374.75 | | | $19,374.75 | | |
| N/A (scheduled) | Bank Direct Capital Finance | N/A (scheduled) | $10,172.00 | | | $10,172.00 | | |
| N/A (scheduled) | Chase | N/A (scheduled) | $2,140.00 | | | $2,140.00 | | |
| N/A (scheduled) | Chem-Tainer Industries, Inc. | N/A (scheduled) | $7,278.72 | | | $7,278.72 | | |
| N/A (scheduled) | Davis & Warshaw, Inc. | N/A (scheduled) | $2,138.83 | | | $2,138.83 | | |
| N/A (scheduled) | Harris Plumbing & Heating | N/A (scheduled) | $163.31 | | | $163.31 | | |
| N/A (scheduled) | Home Depot Credit Services | N/A (scheduled) | $353.62 | | | $353.62 | | |
| N/A (scheduled) | Independent Welding Supply Corp. | N/A (scheduled) | $303.63 | | | $303.63 | | |
| N/A (scheduled) | Interroll Corporation | N/A (scheduled) | $430.62 | | | $430.62 | | |
| N/A (scheduled) | Jensen USA Inc. | N/A (scheduled) | $2,857.75 | | | $2,857.75 | | |
| N/A (scheduled) | L.I. Electrical Distributing Co. | N/A (scheduled) | $2,044.93 | | | $2,044.93 | | |
| N/A (scheduled) | Lovell Safety Management LLC | N/A (scheduled) | $2,256.87 | | | $2,256.87 | | |
| N/A (scheduled) | Meese Orbitron Dunne Company | N/A (scheduled) | $31,039.38 | | | $31,039.38 | | |
| N/A (scheduled) | Motion Industries | N/A (scheduled) | $3,204.64 | | | $16,050.41 | | |
| N/A (scheduled) | New York State Insurance Fund | N/A (scheduled) | $4,724.38 | | | $4,724.38 | | |
| N/A (scheduled) | Prestige Poly LLC | N/A (scheduled) | $2,036.00 | | | $2,036.00 | | |
| N/A (scheduled) | Salem Truck Leasing Inc. | N/A (scheduled) | $1,245.00 | | | $1,245.00 | | |
| N/A (scheduled) | Sanitation Salvage Corp. | N/A (scheduled) | $849.17 | | | $849.17 | | |
| N/A (scheduled) | Sprint | N/A (scheduled) | $244.08 | | | $244.08 | | |
| N/A (scheduled) | Tingee Brown Co. | N/A (scheduled) | $5,988.13 | | | $5,988.13 | | |
| | | Approximate Totals: | $37,962,064.48 | $276,734.26 | $171,627.75 | $3,422,064.37 | $71,956.81 | TOTAL $3,942,383.19 |

*This is an estimate of outstanding claims scheduled and filed. These amounts may be subject to objection, disallowance and further reduction.
**Claim satisfied in full.
*** Claim satisfied in part ($296,843.85 paid from Building Policy).
**** $173,355 Administrative Claim Satisfied in full from Commercial Laundry Policy.