**Settlement Date: October 11, 2013**
**Time: 12:00 Noon (Eastern Time).**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:                                                       :
                                                             :   Chapter 11
B&M LINEN CORP.,                                             :
                                                             :   Case No. 12-11560 (ALG)
                         Debtor.                             :
                                                             :
------------------------------------------------------------ X

# NOTICE OF SETTLEMENT OF INTERIM ORDER GRANTING, IN PART, MARKUS/COSTER'S MOTION TO FURTHER MODIFY JANUARY 11, 2013 ORDER REGARDING INSURANCE PROCEEDS TO RELEASE BUILDING POLICY FUNDS

**PLEASE TAKE NOTICE** that a proposed order, a copy of which is annexed hereto, will be presented for settlement and signature to the Honorable Allan L. Gropper, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, Courtroom To Be Determined, New York, New York 10004, on October 11, 2013 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed form of Order must be served and filed on the undersigned at the address below and upon each of the persons listed below; filed with the Clerk of the United States Bankruptcy Court for the Southern

District of New York at One Bowling Green, Room 621, New York, New York 10004; and the Chambers of the Honorable Allan L. Gropper, United States Bankruptcy Judge, not later than October 11, 2013 at 10:00 a.m. (Eastern Time).

Dated: October 9, 2013
      New York, New York

                                                    By: /s/ Timothy W. Walsh
                                                      Timothy W. Walsh, Esq.
                                                        MCDERMOTT WILL & EMERY LLP
                                                        340 Madison Avenue
                                                        New York, New York 10173
                                                        Telephone: (212) 547-5400

                                                        *Counsel for Miron Markus, Boris Markus and*
                                                        *220 Coster, LLC*

To:    Michael T. Driscoll, Esq.
         Office of the United States Trustee
         201 Varick Street
         Suite 1006
         New York, NY 10014

         Joel M. Shafferman, Esq.
         Shafferman & Feldman, LLP
         18 East 41st Street
         Suite 1201
         New York, NY  10017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
In re: :
 :
 : Chapter 11
B&M LINEN CORP., :
 : Case No. 12-11560 (ALG)
 Debtor. :
 :
-------------------------------------------------------------- X

## INTERIM ORDER GRANTING, IN PART, MARKUS/COSTER'S MOTION TO FURTHER MODIFY JANUARY 11, 2013 ORDER REGARDING INSURANCE PROCEEDS TO RELEASE BUILDING POLICY FUNDS

Upon the motion (the "Motion") of Miron Markus, Boris Markus and 220 Coster, LLC (collectively, "Markus/Coster") for an order further modifying this Court's January 11, 2013 order (the "January 11 Order") to, *inter alia*, authorize the immediate release of advances made by Massachusetts Bay Insurance Company (The Hanover Insurance Group) under the Building Owner Lessors Risk Only Policy, policy number ZDY 9309229 (the "Building Policy") and upon Debtor's counsel's depositing of all advances under the Building Policy in the Registry of this Court in accordance with the January 11 Order, and upon the objections filed to the Motion, and upon the Court's consideration of all arguments with respect to the Motion at the hearing on October 2, 2013 (the "Hearing"), and upon the Declaration of Miron Markus in Support of an Order Further Modifying January 11, 2013 Order Regarding Insurance Proceeds, dated October 9, 2013 (the "Declaration"), it is hereby

**ORDERED**, that, in accordance with this Court's ruling at the Hearing and the Declaration, the January 11 Order is hereby modified to allow for the release of funds as follows:

(a)      $1,277,275.99 payable to 220 Coster, LLC (Tax I.D. # 20-2792625) and mailed to the following address:

> Markus/Coster
> P.O. Box 7343
> Hicksville, New York
> 11802-7343
> Attn: Miron Markus

**ORDERED**, that the payment of these funds will have no adverse impact on the rights of the United States Small Business Administration because all parties agreed at the Hearing that the United States Small Business Administration will be paid in full from ample insurance proceeds as soon as a payoff amount is agreed to or determined by the Court.

**ORDERED**, that, to the extent the Registry of this Court is unable to release the funds to any of the parties listed herein, the funds shall be released to Debtor's counsel, Mr. Joel Shafferman, who will promptly remit the funds consistent with this Order.

Dated: October    , 2013
        New York, New York

---------------------------------------
HON. ALLAN L. GROPPER
UNITED STATES BANKRUPTCY JUDGE